

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00520-CV

**SOUTHLAND LOG HOMES, INC.** d/b/a Southland Log Homes and Southland Log Homes, LLC d/b/a Southland Log Homes and a/k/a Texas Favorite Log Home, LLC1,
Appellants

v.

Betty J. **PLANT,** Individually and as Trustee of the Betty J. Plant Revocable Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05974
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On August 23, 2019, this court received the trial clerk's record in this appeal. Appellants' notice of appeal, contained within the clerk's record, includes a request that this court stay the trial court's order that arbitration occur in the State of Texas. Appellee is **ORDERED** to respond, on or before **September 20, 2019** to appellants' request to stay the trial court's order.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court